**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-7125**

_____

JOHN LEE CAMERON,

Plaintiff - Appellant,

versus

P. DOUGLAS TAYLOR, Warden, in his individual
capacity; SAMUEL LATTA, Major, in his individ-
ual capacity; SERGEANT HOUSEY, in his individ-
ual capacity; RICHARD S. NAJJAR, in his indi-
vidual capacity,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Margaret B. Seymour, District
Judge.  (CA-98-2026-5-24AK)

_____

Submitted:  November 4, 1999      Decided:  November 10, 1999

_____

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Lee Cameron, Appellant Pro Se.  Morgan Stuart Templeton, Isaac
McDuffie Stone, III, LAW OFFICE OF DUFFIE STONE, Beaufort, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Lee Cameron appeals the district court's order adopting the magistrate judge's recommendation and denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Cameron v. Taylor, No. CA-98-2026-5-24AK (D.S.C. July 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED